UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS PEPE,
    Plaintiff,

vs.                                        Case No.: 3:25-cv-565-MCR-ZCB

LUKE UKE LAJQI, et al.,
    Defendants.
_____/

## ORDER

The Magistrate Judge issued an Amended Report and Recommendation on August 1, 2025. *See* ECF No. 21. The Court furnished the Plaintiff a copy of the Amended Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Amended Report and Recommendation and the record, I have determined the Amended Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Amended Report and Recommendation, ECF No. 21, is adopted and incorporated by reference in this order.

2. Plaintiff's § 1983 and RICO claims are **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

3. Supplemental jurisdiction is declined over Plaintiff's state law claims, and those claims are **DISMISSED without prejudice** to refiling in state court.

4. Plaintiff's "Emergency Motion for Temporary Restraining Order and Preliminary Injunction," ECF No. 17, is **DENIED**.

5. Plaintiff's second "Motion to Proceed in Forma Pauperis," ECF No. 16 is **DENIED as moot**.

6. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 15th day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**